```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MANUEL MONGOLO-FELIX
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-08-0360 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| MANUEL MONGOLO-FELIX, | Date: October 3, 2008<br>Time: 9:00 a.m. |
| Defendant. | Judge: Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Daniel S. McConkie, Assistant United States Attorney, and Manuel Mongolo-Felix, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for September 26, 2008, be vacated and rescheduled for status conference on October 3, 2008, at 9:00 a.m.

   This continuance is being requested because defense counsel is waiting for the plea agreement and needs time to review it with defendant, who speaks Spanish.

///

1    IT IS FURTHER STIPULATED that the period from September 26, 2008,
2 through and including October 3, 2008, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.
6 Dated: September 25, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
MANUEL MONGOLO-FELIX

Dated: September 25, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
DANIEL S. McCONKIE
Assistant U.S. Attorney
per telephonic authority

\*\*\*\*\*\*

**O R D E R**

IT IS SO ORDERED.

Dated:  September 26, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                             2