DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MANUEL MONGOLO-FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-08-0360 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| MANUEL MONGOLO-FELIX, | Date: October 10, 2008<br>Time: 9:00 a.m. |
| Defendant. | Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Daniel S. McConkie, Assistant United States Attorney, and Manuel Mongolo-Felix, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for October 3, 2008, be vacated and rescheduled for status conference on October 10, 2008, at 9:00 a.m.

This continuance is being requested because defense counsel needs time to review plea agreement with defendant, who speaks only Spanish.

///

///

1    IT IS FURTHER STIPULATED that the period from October 3, 2008,
2 through and including October 10, 2008, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.
6 Dated: October 2, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
MANUEL MONGOLO-FELIX

Dated: October 2, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
DANIEL S. McCONKIE
Assistant U.S. Attorney

******

**O R D E R**

IT IS SO ORDERED.

Dated:  October 2, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                              2